```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELOISA GONZALEZ-CARRERA,<br><br>  Petitioner,<br><br>  v.<br><br>ALBERTO E. GONZALEZ, Attorney General of the United States; and DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services,<br><br>  Respondents. | No. C 07-1824 BZ<br><br>**STIPULATION TO DISMISS** |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of petitioner's I-130 application.

Each of the parties shall bear their own costs and fees.

Date: May 30, 2007                          Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                                    /s/
                                            ─────────────────────────
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Respondents

Stipulation for Dismissal
C 07-1824 BZ

Date: May 30, 2007

/s/
FRANK P. SPROULS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 31, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge



Stipulation for Dismissal
C 07-1824 BZ